STATE OF MONTANA ex rel. JUDITH ANN BEEMAN, RELATOR, v. THE DISTRICT COURT of the SIXTEENTH JUDICIAL DISTRICT of the State of Montana, in and for the County of Custer, and the HONORABLE NAT ALLEN, the Presiding Judge Thereof, Respondents.

No. 11494.
Decided May 15, 1968.
440 P.2d 269.

PER CURIAM:

Original proceeding.

Petition for writ of supervisory control or other appropriate writ. The matter was presented ex parte to the court by counsel for relator, Judith Ann Beeman.

The relief sought is denied and the proceeding is dismissed.